KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BHADUR SINGH, ) | No. C 06-4525-SC |
|    Plaintiff, ) | |
| v. ) | |
| EMILIO T. GONZALEZ, Director, United ) States Citizenship and Immigration ) Services, ) | **STIPULATION TO DISMISS ACTION; AND [PROPOSED] ORDER** |
|    Defendant. ) | |

    Plaintiff, by and through his attorney of record, and defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the petitioner's son has been issued a travel document, which was the subject of this litigation.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 06-4525-SC                             1

Date: August 31, 2006    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendant

Date: August 31, 2006    /s/
JONATHAN KAUFMAN
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    9/5/06

_____
Judge Samuel Conti

---

[1] I, Edward A. Olsen, attest that both Jonathan Kaufman and I have signed this stipulation to dismiss.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 06-4525-SC                                                        2